UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               Case No. 24-CR-139

MARK A. BRAY,

        Defendant.

## MOTION FOR LEAVE TO DISMISS INDICTMENT

The plaintiff, United States of America, by its attorneys Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Daniel R. Humble, Assistant United States Attorney for said district, hereby seeks leave of the Court to dismiss the indictment with prejudice in the above-captioned case, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Respectfully submitted this 18th day of October 2024.

Respectfully submitted,

GREGORY J. HAANSTAD
United States Attorney

By:

*/s/ Daniel R. Humble*
DANIEL R. HUMBLE
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Wisconsin
205 Doty Street, Suite 301
Green Bay, Wisconsin 54301
Telephone: (920) 884-1066