UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           Case No. 24-CR-139

MARK A. BRAY,

        Defendant.

## ORDER GRANTING THE GOVERNMENT'S
## MOTION FOR LEAVE TO DISMISS INDICTMENT

Upon motion of the United States, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

**IT IS ORDERED** that the United States is granted leave to dismiss the indictment with prejudice in the above-captioned case.

Dated at Green Bay, Wisconsin, this 21st day of October 2024.

                                          s/ William C. Griesbach
                                          WILLIAM C. GRIESBACH
                                          Senior U.S. District Judge